NVB 250B (Rev. 10/14)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>METAL PARTNERS REBAR, LLC ,<br>　　　　　　　　Debtor(s) | BK−20−12878−abl<br>CHAPTER 7<br><br>Adversary Proceeding: 23−01067−abl |
| TROY S. FOX, CHAPTER 7 TRUSTEE<br>　　　　　　　　Plaintiff(s)<br><br>vs<br><br>SOULE SOFTWARE CORPORATION<br>　　　　　　　　Defendant(s) | SUMMONS AND<br>NOTICE OF SCHEDULING<br>CONFERENCE IN AN ADVERSARY<br>PROCEEDING<br><br>Hearing Date:　August 7, 2023<br>Hearing Time:　10:00 AM |

**To each Defendant listed above, YOU ARE SUMMONED** and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

| Address of the Clerk: |
|---|
| Clerk, U.S. Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 |

NVB 250B (Rev. 10/14)

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

GARRETT H. NYE
BANKRUPTCY RECOVERY GROUP, LLC
7251 AMIGO ST, STE 210
LAS VEGAS, NV 89119
(702) 483−6126

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**YOU ARE NOTIFIED** that a scheduling conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| | |
|---|---|
| Hearing Date: | August 7, 2023 |
| Hearing Time: | 10:00 AM |
| Hearing Phone Number: | (669) 254−5252 |
| Hearing Meeting ID: | 161 110 6049 |
| Hearing Passcode: | 154251 |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Dated: March 29, 2023

*Mary A Schott*

Mary A. Schott
Clerk of Court

NVB 250B (Rev. 10/14)

# CERTIFICATE OF SERVICE

IN RE:                                                                                  BK−20−12878−abl
                                                                                        CHAPTER 7
METAL PARTNERS REBAR, LLC ,
                              Debtor(s)

                                                                                        Adversary Proceeding: 23−01067−abl

TROY S. FOX, CHAPTER 7 TRUSTEE, et al,                          COMPLAINT, SUMMONS
                              Plaintiff(s)                      STANDARD DISCOVERY PLAN AND
                                                                SCHEDULING ORDER PACKET
vs
                                                                Hearing Date: August 7, 2023
SOULE SOFTWARE CORPORATION, et al,                              Hearing Time: 10:00 AM
                              Defendant(s)

I, __Vicki DiMaio_____, certify that I am at least 18 years old and not a party to the matter concerning
                (name)
which service of process was made. I further certify that the service of this summons and a copy of the complaint
along with the Standard Discovery Plan and Scheduling Order packet, as required by Local Rule 7016(b), was made
on ___4/3/2023_____
              (date)

by:

[X]   Mail Service: Regular, first class United States mail, postage fully pre−paid, addressed to:
      SOULE SOFTWARE CORPORATION              SOULE SOFTWARE CORPORATION
      c/o Kevin M. Soule – Registered Agent   Attn: Steve Jakubowski
      25350 Magic Mountain Pkwy., Suite 300   180 N. LaSalle Street, Ste. 3300
      Valencia, CA 91355                      Chicago, IL 60601

[ ]   Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:


[ ]   Residence Service: By leaving the process with the following adult at:


[ ]   Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
      addressed to the following officer of the defendant at:


[ ]   Publication: The defendant was served as follows: (Describe briefly)


[ ]   State Law: The defendant was served pursuant to the laws of the State of _____,
      as follows: (Describe briefly)                                                (name of state)


Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: __4/14/2023__    Signature: __/s/ Vicki DiMaio__

| | |
|---|---|
| Print Name: __Vicki DiMaio__ | |
| Business Address: __7251 Amigo Street, Ste. 210__ | |
| City: __Las Vegas__ State: __NV__ Zip: __89119__ | |